# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

BOMA PROPERTIES, LLC

    VS                                                      CASE NO. 3:05cv163 RV/EMT

MARYLAND CASUALTY COMPANY

**REFERRAL AND ORDER**

Referred to Judge Vinson on       06/02/2005

Type of Motion/Pleading MOTION FOR EXTENSION OF TIME TO RESPOND TO SUIT (UNTIL JUNE 10, 2005)

Filed by: DEFENDANT      on 6/1/05      Doc. No. 9

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

                                                      on          Doc. No.
                                                      on          Doc. No.

                                                     WILLIAM M. McCOOL, CLERK OF COURT

                                                    /s/ Lynn C. Uhl
                                                    Deputy Clerk: Lynn Uhl

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  2nd  day of    June   , 2005, that:

(a) The requested relief is GRANTED.

(b)  

                                                    /s/ *Roger Vinson*
                                                    ROGER VINSON
                                                    SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket:              By:   

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:

Document No.